# EXHIBIT A

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| LIN1890464284 | | I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
| **Received Date** 06/08/2018 | **Priority Date** | **Applicant** A206 302 589 LIAN, MIN |
| **Notice Date** 08/21/2018 | **Page** 1 of 1 | **Beneficiary** A206 302 589 LIAN, MIN |

MIN LIAN
c/o LING LI
LAW OFFICES OF LING LI PC
9 MOTT STREET 301
NEW YORK NY  10013

**Notice Type:** Transfer Notice

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

<u>What the Official Notice Said</u>

We have completed a preliminary review of the application or petition ("your case") listed above. As part of standard processing, we transferred your case to the USCIS office listed below that has jurisdiction over your case. That office will notify you in writing when they make a decision on your case or if they need additional information.

   TEXAS SERVICE CENTER, P.O. BOX 851488, Dept. A, Mesquite, TX  751851488

If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

**USCIS Contact Center: 1-800-375-5283**



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  07/11/14  Y

# EXHIBIT B

**U.S. Department of Homeland Security**
P. O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE, TX 75185



# U.S. Citizenship and Immigration Services

Thursday, December 17, 2020

MIN LIAN
304 HARBOR RD
STATEN ISLAND NY 10303

Dear Min Lian:

On 12/09/2020, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | li, ling |
| **Caller indicated they are:** | Attorney or Authorized Representative |
| **Attorney Name:** | LI, LING |
| **Case type:** | I485 |
| **Filing date:** | 06/08/2018 |
| **Receipt #:** | LIN-18-904-64284 |
| **Referral ID:** | SR13442001253NSC |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A206302589 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

We have received your service request and researched the status of your case. We have had to perform additional review, and this has caused a delay in processing time. Your case is currently in line for processing and adjudication. Cases are processed in the order in which they were received.

We hope this information is helpful to you.

XM1959

----------------------------------

We offer many online services and tools to help you find the information you need at www.uscis.gov/tools and my.uscis.gov, including:

Case Status: Sign up for detailed case updates in myUSCIS: my.uscis.gov/account

Check your current case status: www.uscis.gov/casestatus

Check processing times: www.uscis.gov/processingtimes

Ask about your case: www.uscis.gov/e-request

Schedule an appointment: my.uscis.gov/appointment

Ask our virtual assistant Emma: www.uscis.gov/emma

Address Changes: If you move, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

Official Website of the Department of Homeland Security
Here's how you know

Español (https://www.uscis.gov/es)

(https://www.uscis.gov/)

Forms (https://www.uscis.gov/forms)
News (https://www.uscis.gov/news)
Citizenship (https://www.uscis.gov/citizenship)
Green Card (https://www.uscis.gov/green-card)
Laws (https://www.uscis.gov/laws-and-policy)
Tools (https://www.uscis.gov/tools)
Sign In (https://my.uscis.gov/authenticate/saml/init)

Contact Us (https://www.uscis.gov/about-us/contact-us)

Multilingual Resources (https://www.uscis.gov/tools/multilingual-resource-center)

### USCIS Response to Coronavirus 2019 (COVID-19) (https://www.uscis.gov/about-us/uscis-response-coronavirus-disease-2019-covid-19)

## Thank you for your request

USCIS will review and process the request.

Expect a reply by **December 31, 2020**

Your request ID number is **SR13442001253NSC**

Return to Main Inquiry Page (/e-request/Intro.do)    View all USCIS Self Service Online Tools (http://www.uscis.gov/tools)

Lian, min    2-451
Inquiry

 Official website of the Department of Homeland Security

 U.S. Department of Homeland Security

Thank you for your submission.

## Ombudsman's Office Contact Information

Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Attention: Case Assistance
Mail Stop 0180
Washington, DC 20528-0180
Fax Number: 202-357-0042

**If you have questions, but did not provide an email address, please contact our office by email at cisombudsman@hq.dhs.gov** (mailto:cisombudsman@hq.dhs.gov) **or by calling us at 1-855-882-8100 (toll-free) or 202-357-8100 (local). When calling or emailing, please provide the following reference number:** 20201209160427